# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In Re:   DENISE M CASH                                    Case No.: 11-18270

          Debtor(s)

---

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 04/29/2011.

2) This case was confirmed on N/A.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 09/07/2011.

6) Number of months from filing to the last payment: 4

7) Number of months case was pending: 7

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $   21,541.00

10) Amount of unsecured claims discharged without payment $     .00

11) All checks distributed by the trustee to this case have not cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ | 6,344.00 |
| Less amount refunded to debtor | $ | 4,577.32 |
| **NET RECEIPTS** | $ | 1,766.68 |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid through the Plan | $ | .00 |
| Court Costs | $ | .00 |
| Trustee Expenses and Compensation | $ | 69.40 |
| Other | $ | .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ | 69.40 |
| Attorney fees paid and disclosed by debtor | $ | 750.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| JPMORGAN CHASE BANK | SECURED | 125,333.00 | 130,285.17 | .00 | .00 | .00 |
| JPMORGAN CHASE BANK | UNSECURED | 19,667.00 | NA | NA | .00 | .00 |
| JPMORGAN CHASE BANK | SECURED | 20,000.00 | 23,631.04 | 23,631.04 | .00 | .00 |
| TOYOTA FINANCIAL SER | SECURED | 4,885.00 | 9,733.73 | 9,733.73 | 1,697.28 | .00 |
| TOYOTA FINANCIAL SER | UNSECURED | 6,053.52 | .00 | 4,848.73 | .00 | .00 |
| ACL COLLECTION SVCS | UNSECURED | 50.00 | NA | NA | .00 | .00 |
| AFFILIATED RADIOLOGI | UNSECURED | 777.57 | NA | NA | .00 | .00 |
| FCNB NEWPORT NEWS | UNSECURED | 225.00 | NA | NA | .00 | .00 |
| ILLINOIS COLLECTION | UNSECURED | 258.10 | NA | NA | .00 | .00 |
| RADIOLOGY IMAGING SP | UNSECURED | .00 | NA | NA | .00 | .00 |
| RUSH UNIVERSITY MEDI | UNSECURED | .00 | NA | NA | .00 | .00 |
| RUSH UNIVERSITY MEDI | UNSECURED | .00 | NA | NA | .00 | .00 |
| RUSH UNIVERSITY MEDI | UNSECURED | .00 | NA | NA | .00 | .00 |
| RUSH UNIVERSITY MEDI | UNSECURED | .00 | NA | NA | .00 | .00 |
| RUSH UNIVERSITY MEDI | UNSECURED | .00 | NA | NA | .00 | .00 |
| RUSH UNIVERSITY MEDI | UNSECURED | .00 | NA | NA | .00 | .00 |
| AFFILIATED RADIOLOGI | UNSECURED | .00 | NA | NA | .00 | .00 |
| RADIOLOGY IMAGING SP | UNSECURED | 258.10 | NA | NA | .00 | .00 |
| RUSH UNIVERSITY MEDI | UNSECURED | 4,395.29 | NA | NA | .00 | .00 |
| RUSH UNIVERSITY MEDI | UNSECURED | 411.75 | NA | NA | .00 | .00 |
| RUSH UNIVERSITY MEDI | UNSECURED | 112.20 | NA | NA | .00 | .00 |
| RUSH UNIVERSITY MEDI | UNSECURED | 211.75 | NA | NA | .00 | .00 |
| RUSH UNIVERSITY MEDI | UNSECURED | 1,872.22 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

```
.================================================================================.
| **Scheduled Creditors:**                                                       |
|                                                                                |
| Creditor                  Claim         Claim         Claim      Principal      Int. |
|   Name         Class      Scheduled     Asserted      Allowed      Paid         Paid |
|                                                                                |
|RUSH UNIVERSITY MEDI  UNSECURED    298.71         NA           NA         .00         .00 |
|RUSH UNIVERSITY MEDI  UNSECURED    990.25         NA           NA         .00         .00 |
|MIDLAND CREDIT MANAG  UNSECURED       .00   1,553.52     1,553.52         .00         .00 |
|UNIVERSITY PATHOLOGI  UNSECURED     13.50         NA           NA         .00         .00 |
|PALISADES COLLECTION  UNSECURED        NA     701.36       701.36         .00         .00 |
|JPMORGAN CHASE BANK   OTHER            NA         NA           NA         .00         .00 |
.================================================================================.
```

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | 23,631.04 | .00 | .00 |
| Debt Secured by Vehicle | 9,733.73 | 1,697.28 | .00 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 33,364.77 | 1,697.28 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 7,103.61 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 69.40 |
| Disbursements to Creditors | $ | 1,697.28 |
| **TOTAL DISBURSEMENTS:** | $ | 1,766.68 |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated:   11/22/2011                               /s/ Tom Vaughn
                                                  Tom Vaughn, Chapter 13 Trustee

**STATEMENT**   : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**